IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| BERNETTA LASHAY WILLIS, | ) | |
| Petitioner, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:15cv891-MHT (WO) |
| UNITED STATES OF AMERICA, | ) ) | |
| Respondent. | ) | |

OPINION

Pursuant to Federal Rule of Civil Procedure 60(b), petitioner filed a motion for relief from the final judgment in her previous habeas-corpus case. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that petitioner's Rule 60(b) motion be denied because the it amounts to a successive habeas-corpus petition under 28 U.S.C. § 2255, and the required permission has not been obtained from the Eleventh Circuit Court of Appeals to file a successive petition; in the alternative, the magistrate judge recommends that the Rule 60(b) motion be found untimely. Also before the court are

petitioner's objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 22nd day of June, 2017.

                                        /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**