IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
BERNETTA LASHAY WILLIS,      )
                             )
     Petitioner,             )
                             )    CIVIL ACTION NO.
     v.                      )      2:15cv891-MHT
                             )          (WO)
UNITED STATES OF AMERICA,    )
                             )
     Respondent.             )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) Petitioner's objections (doc. no. 8) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 7) is adopted.

(3) Petitioner's Federal Rule of Civil Procedure 60(b) motion is construed as a petition for writ of habeas corpus (doc. no. 1), and it is dismissed without prejudice because the required permission has not been

obtained from the Eleventh Circuit Court of Appeals. All other pending motions are denied.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 22nd day of June, 2017.

                                /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**